IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Brian Jones </br> 2920 Riggs Avenue </br> Baltimore, Maryland 21216 </br></br> **PLAINTIFF** </br></br> v </br></br> Maryland Department of Public Safety </br> And Correctional Services </br> 300 E. Joppa Road, Suite 1000 </br> Towson, Maryland 21286 </br></br> Casey Campbell {Warden} </br> Correctional Officers Known and Unknown </br> Roxbury Correctional Institution </br> 18701 Roxbury Road </br> Hagerstown, Maryland 21746 </br></br> Robert L. Green {Secretary of Department </br> of Public Safety and Correctional Services} </br> 300 E. Joppa Road, Suite 1000 </br> Towson, Maryland 21286 </br></br> **DEFENDANTS** | **CASE NO.: 1:20-CV-2714** |

### RESPONSE TO SHOW CAUSE ORDER

**NOW COMES**, Brian Jones, hereinafter referred to as Plaintiff, by and through his attorney, Russell A. Neverdon, Sr., Esquire and the Law Office of Russell A. Neverdon, Sr., LLC and hereby responds to the Show Cause Order and in support thereof, states as follows:

1. That a Complaint was filed on behalf of Plaintiff on or about 09/18/2020.

2. That a red lined Amended Complaint was filed on or about 09/21/2020.

3. That notice was sent advising the Complaint was filed incorrectly.

4. That undersigned counsel was dealing with emergency family matters involving COVID19.  Further, he himself also was quarantined due to same and was unable to work.

5. That due to his inability to work, his office was shut down for a period of time.

6. That upon being able to return to his office to active status, undersigned counsel's support staff, consisting of a single individual, experienced a family emergency of his own with his mother, who had not long ago experienced a stroke and also underwent brain surgery.

7. That upon his support staff's return to the office, a file review revealed the <u>Show Cause Order</u>.

8. That the Civil Cover Sheet and all Summons have now been e-filed and attached to the initial Complaint as instructed in the 09/22/2020 notice.

9. That no party has been prejudiced as a result of the initial error in filing;

**WHEREFORE,** Plaintiff respectfully prays:

A. That this Honorable Court dismiss the <u>Show Cause Order</u> as Moot.

B. That the above-captioned matter proceed through litigation.

C. That Plaintiff be Granted any such other and further remedies that the nature of this action may require.

  /S/_____
Russell A. Neverdon, Sr.
Fed I.D. No.: 25949
711 St. Paul Street
Baltimore, Maryland 21202
Office: (410) 235-2184
Facsimile: (410) 235-4000
Email: Neverdon@me.com
**ATTORNEY FOR PLAINTIFF**